FILED
CLERK, U.S. DISTRICT COURT

SEP 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 09-891-DDP |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Lee Edward Mooring, | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _Extensive criminal history, nature of alleged violations, including absconding from supervision, prior revocation of supervised release, insufficient bail resources._

1

1          and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18 U.S.C. §
5          3142(b) or (c). This finding is based on the following:
6          _Same_____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 9/28/10

                                    HONORABLE OSWALD PARADA
                                    United States Magistrate Judge